**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SALVESTRINI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 23-cv-1556-W-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO INTIAL COMPLAINT [DOC. 5]** |

//

/

/

/

//

　　　Pending before the Court is the Parties' Joint Motion for Extension of Time to Respond to Initial Complaint [Doc. 5]. The Joint Motion is accompanied by a stipulation

1

signed by counsel for both parties.  (*Joint Mot.* at 2-3.)  Good cause appearing, the Court **GRANTS** the Joint Motion [Doc. 5] and hereby orders that Defendant must respond to Plaintiff's Complaint by September 13, 2023.

      **IT IS SO ORDERED.**

Dated:  August 29, 2023

                                              Hon. Thomas J. Whelan
                                              United States District Judge